649 F.2d 385
 UNITED STATES of America, Plaintiff-Appellee,
v.
Dudley Lee BERRY, a/k/a David Sarver, Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee,
v.
Jessica Linda Ann ZABISH, a/k/a Joanne Sarver, Defendant-Appellant.
 Nos. 79-5471, 79-5472.
 United States Court of Appeals,
Fifth Circuit.
 
 Unit B
 June 16, 1981.
 Appeals from the United States District Court for the Northern District of Georgia; Albert J. Henderson, Jr., Judge.
 
 
 1
 Bruce E. Pashley, Merren & Pashley, Atlanta, Ga., for defendants-appellants.
 
 
 2
 William S. Sutton, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.
 
 
 3
 ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC
 
 
 4
 (Opinion February 13, 1981, 5 Cir., 1981, 636 F.2d 1075).
 
 
 5
 Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, FRANK M. JOHNSON, Jr., HATCHETT, ANDERSON, and THOMAS A. CLARK, Circuit Judges.*
 
 BY THE COURT:
 
 6
 A member of this Administrative Unit of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this Administrative Unit in active service having voted in favor of granting a rehearing en banc,
 
 
 7
 IT IS ORDERED that the causes shall be reheard by this Administrative Unit of the Court en banc on briefs without oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.
 
 
 
 *
 Judge Henderson is recused and did not participate in this decision